IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM VANWINTER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                              CASE NO. 1D16-465

FRANKCRUM/BROADSPIRE,

Appellee.

_____/

Opinion filed July 20, 2016.

An appeal from an order of the Judge of Compensation Claims.
Ralph J. Humphries, Judge.

Date of Accident:  October 17, 2011.

Daniel J. Glary, Jacksonville, for Appellant.

J. Craig Delesie, Jr. of Delesie & Rickert, Riverview, for Appellees.

PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., WETHERELL and BILBREY, JJ., CONCUR.